UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 23-cr-27 (ECT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Dodzi Kwame Kordorwu, | |
| Defendant. | |

This matter comes before the Court on the Defendant Dodzi Kwame Kordorwu's Motion for Continuance of Motion Filing Date and Motion Hearing. ECF No. 26. Defendant also filed a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act ("Statement of Facts"). ECF No. 27.

Defendant requests a 30-day extension of the motions filing date (October 12, 2023) and motions hearing date (November 6, 2023). ECF No. 26. Defendant states that the parties need more time to complete negotiations. *Id.* Defendant also states that the parties are exploring a resolution and plea agreement in this matter. *Id.* In his Statement of Facts, Defendant requests that the period of time from October 12, 2023 until November 13, 2023 be excluded from computation under the Speedy Trial Act. ECF No. 27.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial, and such continuance is necessary to provide the parties and their counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

1

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Defendant's Motion for Continuance of Motion Filing Date and Motion Hearing, ECF No. 26, is **GRANTED**.

2. The period of time from **the date of this Order through November 13, 2023**, shall be excluded from Speedy Trial Act computations in this case.

3. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **November 13, 2023.** D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

4. **Counsel shall electronically file a letter on or before November 13, 2023, if no motions will be filed and there is no need for a hearing.**

5. All responses to motions shall be filed by **November 27, 2023**. D. Minn. LR 12.1(c)(2).

6. Any Notice of Intent to Call Witnesses shall be filed by **November 27, 2023**. D. Minn. LR 12.1(c)(3)(A).

7. Any Responsive Notice of Intent to Call Witnesses shall be filed by **November 30, 2023**. D. Minn. LR 12.1(c)(3)(B).

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

   a. The Government makes timely disclosures and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

      b.      Oral argument is requested by either party in its motion, objection or response pleadings.

9.      If required and subject to further order of the Court, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **December 8, 2023, at 2:00 p.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.  D. Minn. LR 12.1(d).

10.    **TRIAL:**

    a.    **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT, the following trial and trial-related dates are:**

Counsel should submit two hard copies of trial briefs, voir dire, proposed jury instructions, exhibit and witness lists, and trial-related motions (including motions in limine) to District Judge Eric C. Tostrud's chambers on or before *a date to be determined*. In addition, counsel should email the proposed jury instructions and exhibit and witness lists to: tostrud_chambers@mnd.uscourts.gov.

Judge Tostrud will hold a final pretrial on *a date to be determined* in **Courtroom 7A**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

This case must commence trial on *a date to be determined* before District Judge Tostrud in **Courtroom 7A**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

    b.    **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions.  Counsel**

**must contact the Courtroom Deputy for District Judge Tostrud to confirm the new trial date.**

Dated: October 31, 2023					*s/ Tony N. Leung*
							Tony N. Leung
							United States Magistrate Judge
							District of Minnesota


							*United States v. Kordorwu*
							Case No. 23-cr-27 (ECT/TNL)